# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID E. COOKE,       :    No. 390 MAL 2016

           Petitioner     :

                           :    Petition for Allowance of Appeal from
                           :    the Order of the Superior Court

          v.                  :

EVELYN A. COOKE, THOMAS D.    :
COOKE, JR., AND DUCKY'S BOATS,    :
INC.,                             :

          Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.